IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA J. AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 96-0626-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

JUDGMENT

In accordance with the Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's attorney, Rose A. McPhillips, is hereby AWARDED an attorney's fee in the amount of $4,792.00 pursuant to 42 U.S.C. § 406(b), for services rendered on plaintiff's behalf before this court. No further costs to be taxed.

DONE the 21st day of October, 2005.

    S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE